# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVARRO, *et al.*,<br><br>    Defendants. | Case No.  1:21-cv-00600-NONE-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANT JOHN DOE 1 FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

Plaintiff Roderick William Lear ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 30, 2021, the assigned District Judge ordered that this action shall proceed on Plaintiff's complaint against Defendants Navarro, Neve, Allison, and John Doe 1 for excessive force in violation of the Eighth Amendment, arising from the incident on January 4, 2020. (ECF No. 14.)

At this time, the Court does not find service appropriate for Defendant John Does 1 because the U.S. Marshal cannot serve a Doe Defendant.  Therefore, before the Court orders the U.S. Marshal to serve Defendant John Does 1, Plaintiff will be required to identify them with enough information to locate the defendant for service of process.  Once Plaintiff identifies Defendant John Does 1 for service, he should file a motion to substitute the identity of Defendant John Does 1 in the complaint.  If the motion is granted, the Court will direct the U.S. Marshal to

serve Defendant John Does 1.  However, if Plaintiff fails to identify Defendant John Does 1, then the unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identity of Defendant John Does 1 that provides the Court with enough information to locate them for service of process; and

2. **The failure to comply with this order will result in dismissal of the unidentified defendant from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   **September 1, 2021**              /s/ *Barbara A. McAuliffe*  _
                                                                     UNITED STATES MAGISTRATE JUDGE