UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br>          Plaintiff,<br><br>v.<br><br>NAVARRO, *et al.*,<br>          Defendants. | 1:21-cv-00600-JLT-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **RODERICK WILLIAM LEAR, CDCR #H-28226, BY ZOOM VIDEO CONFERENCE**<br><br>DATE: February 08, 2022<br>TIME:  1:30 p.m. |

    Roderick William Lear, inmate, CDCR #H-28226, a necessary and material witness on his own behalf in a Settlement Conference on February 08, 2022, is confined at California State Prison, Corcoran, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Stanley A. Boone on February 08, 2022, at 1:30 p.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Corcoran**

    **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** at the time and place above, until completion of the settlement conference, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 11, 2022**         /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

