1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | Case No.  1:21-cv-00600-DAD-BAM (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANT FOR SERVICE OF PROCESS OR SHOW CAUSE WHY DOE DEFENDANT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| NAVARRO, *et al.*, | |
| Defendants. | |
| | (ECF No. 15) |
| | **TWENTY-ONE (21) DAY DEADLINE** |

        Plaintiff Roderick William Lear ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Navarro, Neve, Allison, and John Doe 1 for excessive force in violation of the Eighth Amendment, arising from the incident on January 4, 2020.

        On September 1, 2021, the Court found service of the complaint appropriate and directed Plaintiff to provide the Court with written notice identifying Defendant John Doe 1 with enough information to locate the defendant for service of process.  (ECF No. 15.)  Plaintiff's written notice identifying Defendant John Doe 1 was due on or before December 3, 2021.  (*Id.*)

        The remaining defendants filed an answer on December 6, 2021, (ECF No. 24), and the case was stayed and referred to post-screening alternative dispute resolution, (ECF No. 26).  The

1

case did not settle.  (ECF No. 40.)

The stay of this case has now been lifted, and as of the date of this order Plaintiff has not submitted written notice identifying Defendant John Doe 1 for service of process.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Within **twenty-one (21) days** from the date of service of this order, Plaintiff SHALL:

    a.  File a motion to substitute the identify of John Doe 1 that provides the Court with enough information to locate the defendant for service of process; or

    b.  Show cause in writing why Defendant John Doe 1 should not be dismissed from this action for failure to prosecute; and

2.  **Plaintiff's failure to comply with this order will result in dismissal of Defendant John Doe 1 from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   __February 10, 2022__          _____/s/ Barbara A. McAuliffe_____
                                        UNITED STATES MAGISTRATE JUDGE

2