# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAVARRO, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00600-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO IDENTIFY DEFENDANT JOHN DOE (ECF No. 45)<br><br>ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT IDENTIFYING DEFENDANT JOHN DOE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Roderick William Lear ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Navarro, Neve, Allison, and John Doe 1 for excessive force in violation of the Eighth Amendment, arising from the incident on January 4, 2020.

　　　　On September 1, 2021, the Court found service of the complaint appropriate and directed Plaintiff to provide the Court with written notice identifying Defendant John Doe 1 with enough information to locate the defendant for service of process.  (ECF No. 15.)  Plaintiff was directed to provide written notice identifying John Doe 1.  (*Id.*)

　　　　Currently before the Court is Plaintiff's motion to identify Defendant John Doe.  (ECF No. 45.)  Plaintiff states that he believes Defendant John Doe is Officer Plata.  However, he requests that the Court order Defendants to state if Officer Plata either worked or was located in 4A2 Right or Left on January 4, 2020.  Plaintiff believes that Defendants and their attorneys are not likely to admit Officer Plata's role in the events at issue in this case, but Plaintiff's investigation shows he identified Plata in his original appeal.  (*Id.*)

1

To the extent Plaintiff requests a court order directing Defendants to admit to particular facts, the Court declines to do so.  Discovery was opened in this action on February 10, 2022, and Plaintiff is free to submit discovery requests directly to any Defendants served in this matter, without a Court order.

Plaintiff's motion to identify Defendant John Doe as Officer Plata is granted.  Plaintiff is directed to file a first amended complaint substituting the name of Officer Plata for any references to Defendant John Doe 1.  To assist Plaintiff, the Court will direct the Clerk of the Court to send Plaintiff a copy of the original complaint in this action.  <u>Plaintiff is not required to change any other allegations in the complaint besides the name of Officer Plata</u>.

Once the Court has received a first amended complaint that substitutes Officer Plata for Defendant John Doe 1, the Court will order services of the amended complaint on Officer Plata.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to identify Defendant John Doe, (ECF No. 45), is GRANTED, as discussed above;
2. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the complaint, (ECF No. 1);
3. Within **thirty (30) days** from the date of service of this order, Plaintiff is directed to file a first amended complaint substituting the name of Officer Plata for any references to Defendant John Doe 1; and
4. **Plaintiff's failure to comply with this order will result in dismissal of Defendant John Doe 1 from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m)**.

IT IS SO ORDERED.

Dated:  **March 9, 2022**              /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE