1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | Case No.  1:21-cv-00600-DAD-BAM (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS NAVARRO, NEVE, AND ALLISON TO FILE AMENDED ANSWER OR NOTIFY COURT OF WILLINGNESS TO STAND ON ORIGINAL ANSWER |
| v. | |
| NAVARRO, *et al.*, | |
| Defendants. | **THIRTY (30) DAY DEADLINE** |

Plaintiff Roderick William Lear ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Navarro, Neve, Allison, and Plata (formerly John Doe 1) for excessive force in violation of the Eighth Amendment, arising from the incident on January 4, 2020.

On March 18, 2022, Plaintiff filed a first amended complaint providing identifying information to substitute Defendant Plata for former Defendant John Doe 1.  (ECF No. 47.)  The Court found service of the first amended complaint on Defendant Plata appropriate under the Court's E-Service pilot program and noted that a separate order would issue regarding the filing of a response to the first amended complaint at a later date.  (ECF No. 48.)

On April 26, 2022, the Court received information that the Defendant Plata could not be identified.

1

At this time, the Court finds it appropriate to direct Defendants Navarro, Neve, and Allison to file an amended answer in response to the first amended complaint, or notify the Court in writing that they wish to stand on the December 6, 2021 answer filed in response to the original complaint. *See* Fed. R. Civ. P. 15(a)(2).

Accordingly, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendants Navarro, Neve, and Allison SHALL either:

1. File an amended answer in response to the March 18, 2022 first amended complaint, (ECF No. 47); or

2. Notify the Court in writing that they wish to stand on the December 6, 2021 answer filed in response to the original complaint.

IT IS SO ORDERED.

Dated:   **April 27, 2022**                     /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE