1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9              EASTERN DISTRICT OF CALIFORNIA

10

11    RODERICK WILLIAM LEAR,                    Case No.  1:21-cv-00600-DAD-BAM (PC)

12              Plaintiff,                      ORDER REQUIRING DEFENDANTS TO
                                                RESPOND TO PLAINTIFF'S MOTION FOR
13         v.                                   RECONSIDERATION REGARDING
                                                PLAINTIFF'S REQUEST TO STAY RULING
14    NAVARRO, *et al.*,                        ON SUMMARY JUDGMENT UNTIL HE
                                                OBTAINS EXHAUSTION DISCOVERY
15              Defendants.                     RESPONSES FROM DEFENDANTS

16                                              (ECF No. 76)

17                                              **TWENTY-ONE (21) DAY DEADLINE**

18

19         Plaintiff Roderick William Lear ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

20    *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

21    Plaintiff's first amended complaint against Defendants Navarro, Neve, Allison, and Plata

22    (formerly John Doe 1) for excessive force in violation of the Eighth Amendment, arising from the

23    incident on January 4, 2020.

24         On May 13, 2022, Defendants Navarro, Neve, and Allison ("Defendants") filed a motion

25    for summary judgment on the grounds that Plaintiff failed to exhaust his available administrative

26    remedies before filing suit.  (ECF No. 65.)  On May 20, 2022, Plaintiff filed a motion requesting

27    that the Court stay Defendants' motion for summary judgment until after he receives discovery

28    concerning his use of force appeals.  (ECF No. 69.)  Defendants did not file an opposition.

                                              1

1    On June 10, 2022, Plaintiff filed a notice of resubmission of his opposition to Defendants'

2    motion for summary judgment, together with his opposition to the motion for summary judgment.

3    (ECF Nos. 70, 71.)  Plaintiff indicated that he first attempted to send his opposition to the motion

4    for summary judgment on May 25, 2022, but the opposition was returned to him unopened on

5    June 3, 2022.  Plaintiff mailed the opposition to the Court again on June 5, 2022.  (ECF No. 70.)

6    The Court found that as Plaintiff had filed his opposition, the motion for the Court to deny or stay

7    Defendants' motion for summary judgment was denied as moot and Defendants were directed to

8    file any reply brief within fourteen days.  (ECF No. 73.)

9    On June 23, 2022, before the expiration of the deadline for Defendants' reply brief,

10   Plaintiff filed the instant motion requesting that the Court reconsider his request to stay a ruling

11   on the motion for summary judgment.  (ECF No. 76.)  Plaintiff states that he had hoped to

12   supplement the exhibits to his opposition with Defendants' discovery responses, which he had not

13   yet received as of the date of his motion for reconsideration.  Plaintiff further states that his

14   intentions were to show the Court he was prepared to fight the summary judgment motion but still

15   required discovery responses, and he was not sure of the deadline to file.  Plaintiff has written

16   what is effectively a "meet and confer" "letter" to Defendants' attorney arguing that the discovery

17   responses due June 3, 2022 are delayed, but he has not heard from Defendants.  Plaintiff requests

18   that the Court allow him to submit exhaustion discovery responses as soon as Defendants submit

19   them.  (*Id.*)

20   Defendants did not file a response to Plaintiff's motion for reconsideration or a reply brief

21   in support of the motion for summary judgment, and both deadlines have since expired.  Having

22   reviewed Plaintiff's motion, the Court finds it appropriate to obtain a response from Defendants

23   regarding Plaintiff's motion for reconsideration, specifically addressing whether there are any

24   outstanding discovery requests related to the issue of exhaustion, and if so, when discovery

25   responses were or will be served on Plaintiff.

26   Accordingly, IT IS HEREBY ORDERED as follows:

27   1.  Defendants shall file a response to Plaintiff's motion for reconsideration, (ECF No. 76),

28       within **twenty-one (21) days** from the date of service of this order; and

2

2. Plaintiff may file a reply, if any, within **fourteen (14) days** of the date of service of

Defendants' response.

IT IS SO ORDERED.

Dated:   **July 18, 2022**                          /s/ *Barbara A. McAuliffe*                _
                                                                UNITED STATES MAGISTRATE JUDGE