UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVARRO, *et al*.,<br><br>    Defendants. | No. 1:21-cv-00600-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF DEFENDANT PLATA, WITHOUT PREJUDICE, FOR FAILURE TO SERVE<br><br>(ECF No. 79) |

       Plaintiff Roderick William Lear is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against defendants Navarro, Neve, Allison, and Plata (formerly John Doe 1) for excessive force in violation of the Eighth Amendment, arising from the incident on January 4, 2020. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On July 19, 2022, the assigned Magistrate Judge issued findings and recommendations recommending dismissal of defendant Plata from this action, without prejudice, for failure to serve process under Federal Rule of Civil Procedure 4(m). (ECF No. 79.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 4.)

///

1

1    Plaintiff timely filed objections on August 8, 2022. (ECF No. 81.) In his objections,
2 Plaintiff states that he wishes only to clarify that he has not had 90 days to identify defendant
3 Plata, as he was not allowed to file a response to any of Defendants' requests for extension of
4 time to file discovery responses. The Court finds this argument unpersuasive. As noted in the
5 findings and recommendations, while Defendants have received extensions of time to submit
6 discovery responses to Plaintiff, Plaintiff was not prevented from serving discovery requests on
7 Defendants. Nevertheless, Plaintiff has not identified any specific discovery requests he served
8 on the remaining Defendants that would lead to information about defendant Plata or requested
9 that the remaining Defendants be required to answer such a request.

10   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a
11 *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's
12 objections, the Court concludes that the Magistrate Judge's findings and recommendations are
13 supported by the record and proper analysis.

14   Accordingly,

15   1. The findings and recommendations issued on July 19, 2022 (ECF No. 79), are adopted in
16      full;
17   2. Defendant Plata is dismissed, without prejudice, for failure to serve process pursuant to
18      Federal Rule of Civil Procedure 4(m);
19   3. This action shall proceed only on Plaintiff's first amended complaint against defendants
20      Navarro, Neve, and Allison for excessive force in violation of the Eighth Amendment,
21      arising from the incident on January 4, 2020; and

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. This action is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   September 28, 2022

UNITED STATES DISTRICT JUDGE