# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAVARRO, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-00600-KES-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 107)<br><br>**Objections Due: September 26, 2024** |

Plaintiff Roderick William Lear ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Navarro, Neve, and Allison ("Defendants") for excessive force in violation of the Eighth Amendment, arising from the incident on January 4, 2020.

On August 28, 2024, the undersigned issued findings and recommendations that Defendants' motion for summary judgment for failure to exhaust, (ECF No. 65), be granted. (ECF No. 106.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days. (*Id.*) Plaintiff's objections are currently due on or before September 16, 2024. (*Id.*)

On September 9, 2024, Plaintiff filed a motion for extension of time to file his objections. (ECF No. 107.) Plaintiff states that he is currently in a section of the prison that has no law

library and no official inmate copying services.  His objections to the findings and recommendations are too lengthy to hand copy as he normally would, due to worsening carpal tunnel syndrome.  Plaintiff submitted an inmate request for interview to the law library, requesting the law librarian to pick up and copy his objections.  Plaintiff requests an additional ten days to file his response.  (*Id.*)

Defendants have not yet had an opportunity to respond to Plaintiff's request, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

The Court finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6.  Plaintiff will be permitted until September 26, 2024, to file his objections.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, (ECF No. 107), is GRANTED; and
2. Plaintiff shall file his objections to the August 28, 2024, findings and recommendations, (ECF No. 106), on or before **September 26, 2024**.

IT IS SO ORDERED.

Dated:   **September 10, 2024**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2