# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR, | Case No. 1:21-cv-00600-KES-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ATTORNEY'S ADDRESS |
| v. | |
| NAVARRO, *et al.*, | (ECF No. 111) |
| Defendants. | |

Plaintiff Roderick William Lear ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Navarro, Neve, and Allison ("Defendants") for excessive force in violation of the Eighth Amendment, arising from the incident on January 4, 2020.

On August 28, 2024, the undersigned issued findings and recommendations that Defendants' motion for summary judgment for failure to exhaust, (ECF No. 65), be granted. (ECF No. 106.) Following an extension of time, Plaintiff timely filed objections to the findings and recommendations on October 4, 2024. (ECF Nos. 108, 109.) The findings and recommendations, together with Plaintiff's objections, are currently pending before the assigned District Judge.

///

1

On November 27, 2024, Plaintiff filed a notice of change of address and a document titled "Ex Parte Motion." (ECF Nos. 110, 111.)

In the motion, Plaintiff explains that on November 16, 2024 he was transferred to a different institution, but was unable to obtain writing materials until November 22. (ECF No. 111.) As of the time of writing, Plaintiff was separated from his property, so he was not completely sure of the complete case number or that he used the correct address for defense counsel when he served his notice of change of address. Plaintiff further states that he did not serve Defendants with a copy of his ex parte motion, but he will rectify that as soon as he receives his property if he has made any mistakes. Plaintiff does not otherwise request any relief from the Court. (*Id.*)

Defendants have not yet had an opportunity to respond to Plaintiff's ex parte motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

To the extent Plaintiff requests the correct address for Defendants' attorney, the request is granted. Plaintiff is informed that the mailing address provided for Jon S. Allin is as follows:

> **Jon S. Allin**
> **California Department of Justice**
> **Office of the Attorney General**
> **1300 I Street**
> **P.O. Box 944255**
> **Sacramento, CA 94244**

Plaintiff is further informed that defense counsel was electronically served with a copy of Plaintiff's notice of change of address and ex parte motion when they were docketed.

Accordingly, Plaintiff's ex parte motion for attorney's address, (ECF No. 111), is HEREBY GRANTED, as discussed above.

IT IS SO ORDERED.

Dated:  **December 2, 2024**          /s/ *Barbara A. McAuliffe*         
                                         UNITED STATES MAGISTRATE JUDGE