# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAVARRO, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-00600-KES-BAM (PC)<br><br>Appeal No. 25-02912<br><br>ORDER GRANTING MOTION TO RECEIVE ALL PLAINTIFF'S EXHIBITS<br><br>(ECF No. 121)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL COPIES OF EXCERPTS OF RECORD ON APPEAL TO PLAINTIFF BY **JUNE 23, 2025** |

Plaintiff Roderick William Lear ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 31, 2025, the Court granted Defendant's motion for summary judgment and dismissed this action, without prejudice, for failure to exhaust administrative remedies. (ECF Nos. 106, 114.) Judgment was entered accordingly the same date. (ECF No. 115.) On May 2, 2025, Plaintiff filed a notice of appeal together with a motion for extension of time to file his appeal. (ECF Nos. 116, 117.) As Plaintiff's appeal was postmarked by April 29, 2025, the Court found that the motion for extension of time was moot and the appeal was processed to the United States Court of Appeals for the Ninth Circuit as Case Number 25-2912. (ECF Nos. 119, 120.)

///

1

Currently before the Court is Plaintiff's "Motion to Receive All of Plaintiff's Exhibits or Instructions on How to Obtain Them," filed June 2, 2025. (ECF No. 121.) Plaintiff states that he needs these documents as exhibits for his opening brief. Specifically, Plaintiff requests "all motions and exhibits he filed" between the time period including ECF Nos. 88–95. (*Id.*)

It appears Plaintiff is requesting copes of the specified filings pursuant to Ninth Circuit Rule 30-3, which provides that in appeals brought by prisoners proceeding *pro se*, the Clerk of the Court shall, within 21 days from the receipt of a prisoner's written request, provide copies of documents comprising the excerpts of record for the purpose of preparing briefs on appeal. Such copies will be produced at no charge for prisoners proceeding *in forma pauperis*.[1] Circuit Rule 30-3.

Upon review of the docket, it appears Plaintiff is requesting the following documents:

- 09/01/2022: Plaintiff's Notice of Submission of His Meet and Confer Motion to Defendants (ECF No. 88)
- 09/15/2022: Plaintiff's Motion to Compel Discovery (ECF No. 90)
- 09/30/2022: Plaintiff's Motion to Declare Defendants' Motion for Summary Judgment Filed in Bad Faith and for Sanctions (ECF No. 92)
- 09/30/2022: Plaintiff's Notice of Supplement to Plaintiff's Bad Faith Motion with New Evidence (ECF No. 93)
- 10/25/2022: Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel (ECF No. 95)

All other documents included in the specified range are orders issued by the Court or filings submitted by Defendants, which are not requested here. (ECF Nos. 89, 91, 94.)

Therefore, the Court will direct the Clerk of the Court to send a copy of the specified filings to Plaintiff for the preparation of his brief on appeal.

///

///

---

[1] To the extent Plaintiff seeks transmittal of the record to the Ninth Circuit Court of Appeals, Plaintiff, as a *pro se* litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.2.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to receive Plaintiff's exhibits, construed as a motion for copies of documents comprising the excerpts of record, (ECF No. 121), is GRANTED;
2. The Clerk of the Court is DIRECTED to mail copies of ECF Nos. 88, 90, 92, 93, and 95 to Plaintiff at his current address of record by **June 23, 2025**.

IT IS SO ORDERED.

Dated:    **June 3, 2025**          /s/ Barbara A. McAuliffe            _
                                                   UNITED STATES MAGISTRATE JUDGE